# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

DAVID A. SLAUGHTER

v.

(Full name of defendant(s))

Ms. LUTSEY

Ms. LEMENS

WISCONSIN DEPARTMENT OF CORRECTION

Case Number:

_____

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of WISCONSIN, and is located at
   (State)

   Green Bay Correctional Institution
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Ms. LUTSEY
                              (Name)

complaint p.g 1

Complaint - p.g 1

Defendants are as follow

Ms. Lutsey

Ms. Lemens

Wisconsin Department of Correction

Page 1 of 1

is (if a person or private corporation) a citizen of  **WISCONSIN**
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Green Bay Correctional Institution**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff DAVID A. SLAUGHTER is an INMATE AT Green Bay Correctional Institution in Green Bay, WISCONSIN. DAVID A. SLAUGHTER was house in the restricted Housing Unit. SLAUGHTER on January 23, 2017 LOSS Consciousness and wrote A HealtH Service REQUEST STATING, hE LOSS Consciousness and was in alot of Pain; ThaT he has a FeveR. On January 24, 2017, SLAUGHTER was seened by NURSE LEMENS; Nurse Lemens NOTIFIED NOTIFIED SLAUGHTER That he have a fever

Complaint — (STATE OF CLAIM,) Pg 1

of 101.4 and blood pressure is 124/84 and that he have a stomach virus. Slaughter was given something for diarrhea, and was told to drink alot of water. On Janaury 26, 2017, SLAUGHTER WROTE another health service REQUEST stating a few day has pass, that he been coughing up blood and when going to the toilet he see blood in his body waste. SLAUGHTER also STATED Nurse LEMENS refuse to let him SEE A DOCTOR. SLAUGHTER WAS SEEHED by Nurse Lemens again and she told him that there nothing more she can do, that the virus must take it course, and that I will have a FEVER because the FEVER shows the body is fighting the virus. On January 26, 2017, SLAUGHTER Also wrote A HEAlth SERVICE Manager, Ms. Lutsey, notifying her that Ms. Lemens stated he have a stomach virus, and a few days has passed and I have been coughing up Blood, and that Ms. Lemens Refuse to let him see A Doctor. On January 26, 2017, SLAUGHTER

STATE OF CLAIM P.g 2

wrote a Psychological Service Request stating I been having medical problems, its Fucking with my mind "Conscious", That Ms. Lemens Refuse to Let him see a Doctor or notify anybody about this problem. On January 28, 2017, SLAUGHTER wrote another Health Service Request stating My body is still in pain, I am bleeding I NEED TO SEE A DOCTOR, My Fever is back. I can control My Fever by putting myself on the cold Floor, but it come Back. I May have Pneumonia. On Feb-1-2017, SLAUGHTER wrote Another Health Service Request Stating, I am in pain, my whole body is in pain. My Feets are swollen, my brain is swollen. I Must receive A Doctor Right away away, my EYE is harding. Sometime I cough up blood. IT Feel like I am going To die. Every time Slaughter visit Health Department he was told To Drink water and let The stomach virus take its course. On Feb-3-2017, SLAUGHTER visit The Health Department and

STATE OF CLAIM Pg 3

SEENED BY NURSE BIER who Took his body Temperature, and blood pressure. SLAUGHTER HAD A High Blood pressure and high Body Temperature; and SLAUGHTER LEGS, "LOWER BODY" was swollowen. SLAUGHTER was crying. SLAUGHTER COULD NOT WALK On His own. SLAUGHTER was crying very LOUD STATING my head Feels like it about To EXPLODE; SLAUGHTER was also crying stating The Prison Institution was going TO LET Him DiE. Nurse BiER notified, I Believe The Nurse Patitioner on the Phone and The decision was made For SLAUGHTER TO BE SEND OUT TO A LOCAL Hostipal aFTER A WEEK in a half oF Enduring Enduring Pain. SLAUGHTER was seened By a NURSE in The EMERGENCY Room who took blood, To do A Blood test. AFTER two hours A Doctor came in, and STATE because SLAUGHTER Blood Levels was high, that SLAUGHTER WOULD hAVE TO STAY OVER Night, LATER SLAUGHTER was TREAT For A brain inFestion, Called

STATE OF CLAIM p.g 4

MENINGITIS. SLAUGHTER WAS Hospitalize For 7 days and six nights. SLAUGHTER HAD ~~Blood~~ body Temperatures OF 104.5 and LOST OVER 30 PounDs within two WEEKS. SLAUGHTER ENDURE Pain and Suffer. ~~SLAUGHTER~~ SLAUGHTER lost MEMORY. and have head Pain. SLAUGHTER have Light irritation, WHERE he can not be in the present OF Electric light For long period OF TIME... SLAUGHTER WROTE A Inmate Complaints, and it states that Ms. LEMENS did NOT Know~~ly~~ Knowly give ME False information. MS. LEMEN SEENED ME Multiple times, WHERE I complainted OF Pain. Ms. LEMENS only took my blood pressure and body temperatures, and give ME information that was not correct. Ms. Lemens Told ME that I would see blood in my FECES, and that I may vomit MY FECES; Ms. Lemens State it is O.K. To cough up blood, but ~~toogoo~~ As long As it Not a great amount of blood... Every time I SEENED Nurse lemens She OVER look

STATE OF CLAIM P.g 5

My Pains and suffering problems and Told ME, multiple times, I can't see a Doctor because A virus will leave in about Five Days. It was almost two weeks, Before I was sent to a out side Hospital. I never seened a Doctor AT Green bay Correction Institution. AT The outside Hospital it was Decide after one blood test I need to be Hospitalize. Ms. Lemens did not treat my medical need with adequate care and deliver indifference. I also wrote a Inmate Complaint on Health Service Manager Ms. Lutsey. I wrote Ms. ~~her~~ Lutsey, and Told her about The problem with Ms. Lemens, and that I was coughing up blood and seeing blood in my Feces. Ms. Lutsey also treated my ~~sister~~ situation NOT with adequate care and deliver indifference. Ms. Lutsey and Ms. Lemens demonstrate a

STATE OF Claim P.g 6

serious risk and serious harm For Human LiFE, by disregarding that risk by Failing to take reasonable measures to abate it. There was not any test at Greenbay Correctional Institution, To abate Slaughter's Medical Situation. SLAUGHTER SEEK ~~damages~~ Damage ~~For~~ From The Department oF Correction (Wisconsin), Ms Lutsey, and Ms. Lemens For ~~being~~ disregarding serious RISK TO my medical Care, For the pain and suffering I Endure, For The damage ~~have~~ have To My vision, and the mental problems I acquired For The malpractice oF Ms. Lutsey and Ms. Lemens.

STATE oF complaint P.g 7

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

The Wisconsin Department of Correction shall award Plaintiff DAVID A. SLAUGHTER 1.5 million Dollars. Health Service Manager shall PAY The Damages and award 1.5 million Dollars. Nurse LEMENS shall Pay The damage of 1.5 million Dollars. The Medical Health Department shall be close down and The Courts shall order a Federal Investigation For mistreatment of Inmates, it the time period of The Health Department been close; SLAUGHTER Request for Ms. Lemen and Ms. Lutsey To be discharge From This Job.

Complaint – Pg 8

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES            ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __Oct-10__ day of __October__ 20_17_.

Respectfully Submitted,

_____
Signature of Plaintiff

__492973__
Plaintiff's Prisoner ID Number

__Green Bay Correctional Institution__
__P.O. Box 19033  Green Bay, WI 54307__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Subscribed and sworn to before me, in my presence, the __10__ day of __October__ __2017__, A Notary Public in and for the State of Wisconsin

_____
Notary Public
My comission expires __Nov 11  2118__

Complaint – 4